IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MONOLESA FITZPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:19-cv-553-JTA |
| v. | ) | |
| | ) | |
| KOCH FOODS OF ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. No. 118) filed by the parties which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is the ORDER, JUDGMENT, and DECREE of the Court that:

1.  This action is hereby DISMISSED with prejudice.

2.  The costs of this action should be taxed as paid.

3.  This case is closed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this __26th__ day of September, 2023.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE